IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVE C. CHADWICK-EL,<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION 19-CV-5119 |
| UNITED STATES GOVERNMENT,<br>    Defendant. | : | |

**ORDER**

AND NOW, this 15th day of November, 2019, upon consideration of Plaintiff Steve C. Chadwick-El's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his Complaint (ECF No. 2), his Motion for Appointment of Counsel (ECF No. 4), his Request for Production of Documents (ECF No. 5), and his Motion for an Order Compelling Discovery (ECF No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED**, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If he seeks to continue with this case, Chadwick-El must remit $400 to the Clerk of Court within thirty (30) days of the date of this Order. If Chadwick-El fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

3. Chadwick-El's Motion for Appointment of Counsel (ECF No. 4), his Request for Production of Documents (ECF No. 5), and his Motion for an Order Compelling Discovery (ECF No. 6) are **DENIED WITHOUT PREJUDICE** to reassertion only in the event Chadwick-El pays the fees in accordance with this Order.

BY THE COURT:

_____
CHAD F. KENNEY, J.